UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES D. KLEIN, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BAIN CAPITAL PARTNERS, LLC, et al., <br><br> Defendants. | ) No. 1:07-cv-12388 <br> ) <br> ) CLASS ACTION <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| KIRK DAHL, et al., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BAIN CAPITAL PARTNERS, LLC, et al., <br><br> Defendants. | ) No. 08-cv-10254-EFH <br> ) <br> ) CLASS ACTION <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

*EFH 4-22-08*

**STIPULATION AND ~~(PROPOSED)~~ ORDER**

- 1 -

35201634.1
35201716.1

*So ordered.*

*4-23-08*
*Stipulation approved*
*Edward F. Harrington, SDJ*

1. The parties have conferred and agreed to request a revised briefing schedule for Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404(a) ("Venue Motion"). Plaintiffs' Opposition to the Defendants' Venue Motion will be filed no later than May 8, 2008. In the event Defendants wish to seek leave of Court to file a Reply to Plaintiffs' Opposition, Plaintiffs will not object. In that event, Defendants' assented-to Motion seeking leave to Reply, with Defendants' proposed Reply brief attached as an exhibit thereto, would be filed no later than May 22, 2008. Defendants reserve the right to seek a stay of other proceedings in this litigation, which Plaintiffs would oppose.

2. Upon Plaintiffs' filing of their Amended Complaint, the Parties shall confer and agree upon a date by which Defendants will respond to the Amended Complaint. Additionally, Defendants need not answer or otherwise respond to the two Complaints Plaintiffs originally filed with the Court in these actions.

DATED: April 22, 2008

| | |
|---|---|
| /s/ Meghan E. Walt | /s/ John D. Hanify |
| ROBINS, KAPLAN, MILLER & CIRESI L.L.P | John D. Hanify (BBO# 219880) |
| DAVID E. MARDER (BBO #552485) | David L. Evans (BBO# 156695) |
| MEGHAN E. WALT (BBO #658971) | Michael T. Marcucci (BBO# 652186) |
| 800 Boylston Street, 25th Floor | HANIFY & KING, P.C. |
| Boston, MA 02199 | One Beacon Street |
| Telephone: 617/267-2300 | Boston, Massachusetts 02108 |
| 617/267-8288 (fax) | Tel: 617-423-0400 |
| | jdh@hanify.com |
| | mtm@hanify.com |

Of Counsel:                                                Of Counsel
                                                           Thomas D. Yannucci, P.C.
ROBINS, KAPLAN, MILLER &                                   Craig S. Primis, P.C.
   CIRESI L.L.P                                            Michael F. Williams
K. CRAIG WILDFANG                                          KIRKLAND & ELLIS LLP
THOMAS B. HATCH                                            655 15th Street, NW
STACEY P. SLAUGHTER                                        Washington, DC 20005
2800 LaSalle Plaza
800 LaSalle Avenue South                                   James H. Mutchnik, P.C.
Minneapolis, MN 55402-2015                                 Catherine E. Fazio
Telephone: 612/349-8500                                    KIRKLAND & ELLIS LLP
612/339-4181 (fax)                                         Aon Center
                                                           200 East Randolph Drive
                                                           Chicago, IL 60601-6636

                                                           Attorneys for Bain Capital Partners, LLC

COUGHLIN STOIA GELLER
  RUDMAN & ROBBINS LLP
PATRICK COUGHLIN
DAVID W. MITCHELL
ELISABETH A. BOWMAN
SUSAN G. TAYLOR
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)

SCOTT + SCOTT LLP
DAVID R. SCOTT
AMANDA LAWRENCE
WALTER NOSS
108 Norwich Avenue
Colchester, CT  06415
Telephone:  860/537-3818
860/537-4432 (fax)

Kevin M. McGinty (BBO# 556780)
Meredith M. Leary (BBO# 654211)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1688
kmcginty@mintz.com


Of Counsel
Kevin J. Arquit
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

Peter C. Thomas
Hillary C. Mintz
Reynelle A. Brown
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, NW
North Building
Washington, DC 20004

Attorneys for The Blackstone Group L.P.

| | |
|---|---|
| SCOTT + SCOTT LLP<br>ARTHUR L. SHINGLER III<br>CHRISTOPHER M. BURKE<br>600 B Street, Suite 1500<br>San Diego, CA 92101<br>Telephone: 619/233-4565<br>619/233-0508 (fax) | James C. Burling (BBO# 065960)<br>WILMER CUTLER PICKERING HALE<br>AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526 6416<br>james.burling@wilmerhale.com<br><br>Of Counsel<br>Kenneth Conboy<br>LATHAM & WATKINS LLP<br>885 Third Avenue, Suite 1000<br>New York, NY 10022-4834<br><br>William R. Sherman<br>E. Marcellus Williamson<br>Amanda P. Reeves<br>LATHAM & WATKINS LLP<br>555 11th Street, NW<br>Washington, DC 20004-1304<br><br>Attorneys for TC Group III, L.P. and TC Group IV, L.P. |
| LANDSKRONER • GRIECO • MADDEN, LTD.<br>JACK LANDSKRONER<br>PAUL GRIECO<br>1360 West 9th Street, Suite 200<br>Cleveland, OH 44113<br>Telephone: 216/522-9000<br>216/522-9007 (fax)<br><br>ROBBINS UMEDA & FINK, LLP<br>BRIAN J. ROBBINS<br>GEORGE AGUILAR<br>610 West Ash Street, Suite 1800<br>San Diego, CA 92101<br>Telephone: 619/525-3990<br>619/525-3991 (fax) | John D. Donovan, Jr. (BBO# 130950)<br>ROPES & GRAY LLP<br>One International Place<br>Boston, MA 02110-2624<br>(617) 951-7566<br>john.donovan@ropesgray.com<br><br>Of Counsel<br>Gandolfo V. DiBlasi<br>Steven L. Holley<br>Stephanie G. Wheeler<br>SULLIVAN & CROMWELL LLP<br>125 Broad Street<br>New York, NY 10004-2498<br><br>Attorneys for The Goldman Sachs Group, Inc. |

35201634.1
35201716.1

| | |
|---|---|
| LOCKRIDGE GRINDAL NAUEN P.L.L.P.<br>RICHARD A. LOCKRIDGE<br>CHARLES N. NAUEN<br>KAREN HANSON RIEBEL<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401-2159<br>Telephone: 612/339-6900<br>612/339-0981 (fax) | James R. Carroll (BBO# 554426)<br>Kurt Wm. Hemr (BBO# 638742)<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>One Beacon Street<br>Boston, MA 02108<br>(617) 573-4800<br>jcarroll@skadden.com<br>khemr@skadden.com |
| HULETT HARPER STEWART, LLP<br>DENNIS STEWART<br>550 West C Street, Suite 1600<br>San Diego, CA 92101<br>Telephone: 619/338-1133<br>619/338-1139 (fax) | Of Counsel<br>Peter E. Greene<br>Cyrus Amir-Mokri<br>SKADDEN, ARPS, SLATE, MEAGHER &<br>FLOM LLP<br>Four Times Square<br>New York, NY 10036<br><br>Attorneys for JP Morgan Chase & Co.<br>and JP Morgan Partners, LLC |
| BRANSTETTER, STRANCH<br>  & JENNINGS, PLLC<br>J. GERARD STRANCH IV<br>227 Second Avenue, North – 4th Floor<br>Nashville, TN 37201-1631<br>Telephone: 615/254-8801<br>615/255-5419 (fax)<br><br>Attorneys for Plaintiffs | Kevin M. McGinty (BBO# 556780)<br>Meredith M. Leary (BBO# 654211)<br>MINTZ, LEVIN, COHN, FERRIS,<br>GLOVSKY AND POPEO, P.C.<br>One Financial Center<br>Boston, MA 02111<br>(617) 348-1688<br>kmcginty@mintz.com<br><br>Of Counsel<br>Joseph F. Tringali<br>Paul C. Gluckow<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017<br><br>Attorneys for Kohlberg Kravis Roberts &<br>Co. L.P. |

35201634.1
35201716.1

Jonathan L. Kotlier (BBO# 545491)
Ian D. Roffman (BBO# 637564)
NUTTER MCCLENNEN & FISH LLP
World Trade Center West
155 Seaport Boulevard
Boston, MA 02210
(617) 439-2000
jkotlier@nutter.com

Of Counsel
Kenneth M. Kramer
Wayne Dale Collins
Jerome S. Fortinsky
Daniel M. Segal
William A. Novomisle
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

Attorneys for Merrill Lynch & Co., Inc. and
Merrill Lynch Global Private Equity, Inc
Kevin M. McGinty (BBO# 556780)
Meredith M. Leary (BBO# 654211)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1688
kmcginty@mintz.com

Of Counsel
Douglas H. Flaum
Michael B. deLeeuw
Peter S. Guryan
FRIED, FRANK, HARRIS, SHRIVER &
JACOBSON LLP
One New York Plaza
New York, NY 10004

Attorneys for Permira Advisers LLC

Carrie M. Anderson (BBO# 637125)
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, DC 20005
(202) 682-7231
Carrie.Anderson@weil.com

Of Counsel
Steven A. Newborn
James C. Egan, Jr.
John E. Scribner
WEIL, GOTSHAL & MANGES LLP
1300 Eye Street, N.W.
Washington, DC 20005

Attorneys for Providence Equity Partners Inc.

Kevin M. McGinty (BBO# 556780)
Meredith M. Leary (BBO# 654211)
MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA 02111
(617) 348-1688
kmcginty@mintz.com

Of Counsel
R. Hewitt Pate
Ryan Shores
HUNTON & WILLIAMS LLP
1900 K Street, NW
Washington, DC 20006

Wesley R. Powell
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166

Attorneys for Silver Lake Technology Management LLC

John A. Freedman (BBO# 629778)
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5316
John.Freedman@aporter.com

Of Counsel
William J. Baer
Franklin R. Liss
ARNOLD & PORTER LLP
555 12th Street, NW
Washington, DC 20004

H. Lee Godfrey
Harry P. Susman
SUSMAN GODFREY L.L.P.
1000 Louisiana, Suite 5100
Houston, TX 77002

Attorneys for TPG Capital, L.P.
Thomas C. Frongillo (BBO# 180690)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street, Floor 34
Boston, Massachusetts 02110
(617) 772-8335
thomas.frongillo@weil.com

Of Counsel
Helene D. Jaffe
Alan J. Weinschel
Fiona Schaeffer
Claire L.M. Webb
Eric S. Hochstadt
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153

Attorneys for Thomas H. Lee Partners, L.P.

35201634.1
35201716.1

        Robert J. Muldoon, Jr. (BBO# 359480)
        James W. Matthews (BBO# 560560)
        SHERIN AND LODGEN LLP
        101 Federal Street
        Boston, MA   02110
        (617) 646-2000
        rjmuldoon@sherin.com
        jwmatthews@sherin.com

        Of Counsel
        Roger Netzer
        Raymond Sarola
        WILLKIE FARR & GALLAGHER LLP
        787 Seventh Avenue
        New York, NY 10019

        Bernard A. Nigro, Jr.
        WILLKIE FARR & GALLAGHER LLP
        1875 K. Street, N.W.
        Washington, DC 20006-1238

        Attorneys for Warburg Pincus LLC


It Is So Ordered this 23 day of April, 2008.

_____
Senior Judge Edward F. Harrington,
United States District Court